IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BENJAMIN F. CROSBY, III, ET AL.**                      **PLAINTIFFS**

**v.**                         **CAUSE NO. 1:15CV413-LG-RHW**

**VICKIE P. HARIEL, individually and in her
capacity as Clerk of the Circuit Court, Pearl
River County, Mississippi, ET AL.**                      **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Defendants' Motions to Dismiss, the Court, after a full review and consideration of the Motions, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

**SO ORDERED AND ADJUDGED** this the 10th day of March, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE